DANIEL G. BOGDEN
United States Attorney
District of Nevada

TROY K. FLAKE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: troy.flake@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLAUDIO GAUCIN LEAL, | ) |
| Plaintiff, | ) Case No. 2:14-cv-01187-MMD-VCF |
| v. | ) |
| ERIC HOLDER JR., U.S ATTORNEY GENERAL, *et al.,* | ) |
| Defendants. | ) |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Hans H. Chen to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States.

Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1

Mr. Chen is an attorney with the United States Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section, an agency of the federal government, and is a member in good standing of the state bars of New York (NY4278123) and Virginia (No. 75691).

The following contact information is provided to the Court:

>Hans H. Chen
>Trial Attorney
>United States Department of Justice, Civil Division
>Office of Immigration Litigation, District Court Section
>P.O. Box 868
>Washington, D.C. 20044
>202-307-4469 (telephone)
>202-305-7000 (facsimile)
>hans.h.chen@usdoj.gov.

Accordingly, the United States respectfully requests that the Court admit Hans H. Chen to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 17th day of September 2014.

>DANIEL G. BOGDEN
>United States Attorney
>
>*/s/ Troy K. Flake*
>TROY K. FLAKE
>Assistant United States Attorney
>
>
>IT IS SO ORDERED:
>
>UNITED STATES DISTRICT JUDGE
>~~UNITED STATES MAGISTRATE JUDGE~~
>
>DATED: September 17, 2014

**PROOF OF SERVICE**

I, Troy K. Flake, certify the following individuals were served with a copy of the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on the date and via the method of service identified below:

**Electronic Case Filing**:

Seth L. Reszko
Reza Athari & Associates, PLLC
3365 Pepper Lane, Suite 102
Las Vegas, Nevada 89120
sethreszko@atharilaw.com

*Attorneys for Plaintiff.*

Dated this 17th day of September 2014.

                                          */s/ Troy K. Flake*
                                          TROY K. FLAKE
                                          Assistant United States Attorney